IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

MICHAEL J. ASTRUE                          )
Commissioner of Social Security,)
                                           )
              Petitioner,                  )
                                           )
      v.                                   )    CIVIL ACTION NO. *10-92*
                                           )
                                           )
RAVINDRA KUMAR MEHTA, M.D.,                )
129 Simpson Road, Suite 109                )
Brownsville, PA 15417-9689                 )
                                           )
              Respondent.                  )

ORDER

AND NOW, this ___*22*___ day of March, 2010, upon

consideration of the Commissioner of Social Security's Petition

to Enforce Administrative Subpoenas, and Respondent's response

thereto, it is hereby ORDERED, that said Petition is GRANTED.  It

is further ORDERED that Respondent, Ravindra Kumar Mehta, M.D.,

shall produce all medical records covered by the administrative

subpoenas issued by Administrative Law Judge Cannon, Social

Security Administration, Office of Disability Adjudication and

Review, 6 Suburban Court Morgantown, West Virginia,  26505-2717.

These documents shall be delivered by Respondent to

Administrative Law Judge Cannon at the aforementioned address

within seven (7) days of the date of this Order.

By the Court,

_____
                                        J.